■ GUNNARD E. GORANSON, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 33725.) — Judgment affirmed, without costs of this appeal to either party. All concur. (Appeal from a judgment of the Court of Claims for claimant on a claim for personal injuries alleged to have been sustained by claimant, for property damage to his automobile, and for damages for loss of services of, and medical attendance for, claimant's wife, by reason of claimant's car being struck by a limb falling from a decayed tree adjacent to State highway.) Present — McCurn, P. J., Kimball, Williams, Goldman and Halpern, JJ. [3 Misc 2d 1020.]

■ JESSIE R. GORANSON, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 33726.) — Judgment modified on the facts by increasing the award to the sum of $4,000, and as so modified affirmed, with costs to claimant, on the ground that the award was inadequate. A certain finding of fact disapproved and reversed and a new finding made. All concur. (Appeal from a judgment

of the Court of Claims for claimant on a claim for personal injuries alleged to have been sustained by claimant by reason of an automobile in which she was a passenger being struck by a limb falling from a decayed tree adjacent to State highway.) Present — McCurn, P. J., Kimball, Williams, Goldman and Halpern, JJ. [3 Misc 2d 1020.]